UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. TELEMANAGEMENT, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY SECURITY LIFE INSURANCE CO., CJA ASSOCIATES, INC., FIRST ACTUARIAL CORPORATION and THOMAS THORNDIKE,<br><br>Defendants. | Civil Action No. 3:12-CV-01110-JBA<br><br>October 3, 2012 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel for Fidelity Security life Insurance Company hereby moves this Court to enter an Order admitting Sandra D. Hauser as a visiting lawyer to practice before this Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court. In support of this Motion, the undersigned counsel states as follows:

1. Undersigned counsel represents Fidelity Security Life Insurance Company in the above-captioned action and is admitted to practice before this Court.

2. Sandra D. Hauser is an attorney and partner with the law firm SNR Denton U.S. LLP. The additional qualifications and pertinent facts related to Attorney Hauser's application are included in the Affidavit of Sandra D. Hauser, attached to this Motion and incorporated herein by reference.

3. The undersigned counsel for Fidelity Security Life Insurance Company shall also represent Fidelity Security Life Insurance Company and serve as the sponsoring lawyer for

Attorney Hauser, in accordance with the requirements of Rule 83.1(d) of this Court's Local Rules of Civil Procedure.

4. In accordance Local Rule 83.1(d)(3), a fee of $25.00 accompanies this Motion.

5. The undersigned counsel for Fidelity Security Life Insurance Company will file a copy of a Certificate of Good Standing from the State of New York for Attorney Sandra D. Hauser within the time period prescribed by L. R. Civ. P. 83.1(d)(4).

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Admission *Pro Hac Vice*.

Respectfully submitted,

**THE DEFENDANT,**

**FIDELITY SECURITY LIFE INSURANCE COMPANY, INC.**

BY:   /s/ *Michael C. Sorensen*
Timothy P. Jensen, Esq. (ct18888)
Michael C. Sorensen, Esq. (ct26632)
HINCKLEY, ALLEN & SNYDER LLP
20 Church Street
Hartford, CT 06103
Telephone: 860-725-6200
Fax: 860-278-3802
E-mail: tjensen@haslaw.com
msorensen@haslaw.com

SNR DENTON US LLP
Sandra D. Hauser (*pro hac* application pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:   212-768-6700
Facsimile:   212-768-6800
Sandra.hauser@snrdenton.com

- **ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            */s/ Michael C. Sorensen*
                                                                             Michael C. Sorensen

#50934541