UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| U.S. TELEMANAGEMENT, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY SECURITY LIFE INSURANCE CO., CJA ASSOCIATES, INC., FIRST ACTUARIAL CORPORATION and THOMAS THORNDIKE, <br><br> Defendants. | Civil Action No. 3:12-CV-01110-JBA <br><br><br> October 2, 2012 |

### AFFIDAVIT OF SANDRA D. HAUSER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Sandra D. Hauser hereby declares, pursuant to 28 U.S.C. §1746 and Local R. Civ. P. 83.1(d), as follows:

1. I am an attorney and partner with the law firm of SNR DENTON U.S. LLP, attorneys for Defendant Fidelity Security Life, and submit this affidavit in support of the motion to admit counsel *pro hac vice*.

2. My office address is SNR DENTON U.S. LLP, 1221 Avenue of the Americas, New York, New York, 10020-1089; with the following contact information: Telephone: (212) 768-6700; Facsimile: (212) 768-6800; E-mail: sandra.hauser@snrdenton.com.

3. I am currently a member in good standing in the following bars: New York State, First Department (Bar No. 2488187); United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Eighth Circuit; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Second Circuit; and United States District

Court for the Eastern District of Michigan.

4. I have no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have never been convicted of any crime, and I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Timothy P. Jensen (ct18888) and/or Michael C. Sorensen (ct26632) as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Sandra D. Hauser

Subscribed and sworn to before me

this 2ND day of October, 2012.

_____
Notary Public
My Commission Expires:

#50934603

JOHAN D. BUYS
NOTARY PUBLIC, State of New York
No. 01BU4931426
Qualified in New York County
Commission Expires May 31, 20 14

- 2 -